DATE:  June 3, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Ronnie Harless and Melissa Harless,*
    *Co-Administrators for the Estate of Jackson C. Harless, Jr., Deceased*
    v. *Sharon B. Williams*
    Record No. 0098-24-3
    Opinion rendered by Judge O'Brien on
    March 25, 2025

2.  *Thomas A. Blackstock, Jr.*
    v. *Virginia Department of Transportation*
    Record No. 0343-24-2
    Opinion rendered by Judge Callins on
    March 25, 2025

3.  *James Thomas Curry*
    v. *Commonwealth of Virginia*
    Record No. 1947-23-2
    Opinion rendered by Chief Judge Decker on
    April 1, 2025

4.  *Church Mutual Insurance Company, S.I.*
    v. *Ephesus Richmond Seventh-Day Adventist Church, a/k/a*
      *Ephesus Richmond SDA Church*
    Record No. 0628-24-2
    Opinion rendered by Chief Judge Decker on
    April 8, 2025

5.  *Paul Reivens Jordan, II*
    v. Commonwealth of Virginia
    Record No. *1723-23-3*
    Opinion rendered by Judge O'Brien on
    April 15, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Eric Lisann*
     v. *Elizabeth Lisann*
   Record No. 0120-22-4
    Opinion rendered by Judge Chaney
       on August 8, 2023
    Judgment of Court of Appeals affirmed on other grounds
       by opinion rendered on May 8, 2025
    (230718)
    *The Court of Appeals also issued a memorandum opinion in this case
       on August 8, 2023

2. *Jamar Paxton*
     v. *Commonwealth of Virginia*
   Record No. 0910-22-2
    Opinion rendered by Senior Judge Petty
       on March 12, 2024
    Judgment of Court of Appeals reversed and final judgment entered
       by opinion rendered on May 29, 2025
    (240326)

3. *Rachel Virk*
     v. *Gary L. Clemens, et al.*
   Record No. 1903-22-4
    Opinion rendered by Judge Callins
       on August 13, 2024
    Refused (240876)

4. *Raymond Charles Bell*
     v. *Commonwealth of Virginia*
   Record No. 1045-23-3
    Opinion rendered by Judge Causey
       on August 13, 2024
    Refused (240866)

5. *Avonlea LLC*
     v. *Karl Moritz, Director of Planning and Zoning for the City of Alexandria, et al.*
   Record No. 0952-23-4
    Opinion rendered by Senior Judge Annunziata
       on September 3, 2024
    Refused (240932)

6. *Leonard M. Cowherd, et al.*
     v. *City of Richmond*
   Record No. 0193-23-2
    Opinion rendered by Judge Callins
       on September 17, 2024
    Refused (240892)

7. *Kelly Leigh Harris*
   v. *Washington and Lee University*
   Record No. 1083-23-3
   Opinion rendered by Judge Athey
     on October 1, 2024
   Refused (240924)

8. *Yellow Mountain Village Mobil Home Park Association, et al.*
   v. *Yellow Mountain MHP, LLC*
   Record No. 1638-23-3
   Opinion rendered by Judge Fulton
     on October 1, 2024
   Refused (241027)

9. *Wesley Shifflett*
   v. *Brian J. Hill, et al.*
   Record No. 1357-23-4
   Opinion rendered by Judge Lorish
     on October 15, 2024
   Refused (240982)

10. *D'Andre Davon Ballard*
    v. *Commonwealth of Virginia*
    Record No. 1698-23-1
    Opinion rendered by Judge Lorish
      on November 6, 2024
    Refused (241048)

11. *Demetrius Lamar Bazemore*
    v. *Commonwealth of Virginia*
    Record No. 0031-24-1
    Opinion rendered by Judge Beales
      on November 12, 2024
    Refused (241065)

12. *Maurice Tirrell Williams*
    v. *Commonwealth of Virginia*
    Record No. 1441-23-1
    Opinion rendered by Chief Judge Decker
      on November 19, 2024
    Refused (241009)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. *National Rifle Association of America*
   v. *Under Wild Skies, Inc.*
   Record No. 1956-22-4
   Memorandum opinion rendered by Judge Athey on July 9, 2024
   Judgment of Court of Appeals affirmed by opinion rendered on May 29, 2025
   (240683)